

# Fourth Court of Appeals
## San Antonio, Texas

September 10, 2014

No. 04-12-00317-CR

Jon Thomas **FORD**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 186th Judicial District Court, Bexar County, Texas
Trial Court No. 2010CR7741
Honorable Maria Teresa Herr, Judge Presiding

# O R D E R

Sitting:  Catherine Stone, Chief Justice
Marialyn Barnard, Justice
Luz Elena D. Chapa, Justice (dissenting to denial of motion for rehearing)

The panel has considered the Appellant's Motion for Rehearing and the motion is DENIED.

_____
Marialyn Barnard, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 10th day of September, 2014.

_____
Keith E. Hottle
Clerk of Court